AMBER N. KING, ESQ.
Nevada Bar No. 14070
**MORGAN & MORGAN**
6725 Via Austi Parkway, Suite 275
Las Vegas, Nevada 89119
(725) 765-3970 Phone
(689) 256-2262 Fax
Amber.king@forthepeople.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALISON WILLIAMS,<br><br>     Plaintiff,<br><br>  vs.<br><br>UNITED STATES OF AMERICA,<br><br>     Defendant. | Case No. 2:25-cv-01746-APG-NJK<br><br>**Stipulation and Order to Extend Discovery**<br><br>**(Third Request)** |

Pursuant to LR 6-1 and LR 26-4, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend discovery deadlines in the above-captioned case sixty (60) days from the currently scheduled deadline date. In support of this Stipulation and Request, the parties state as follows **(Bolded supplemented information provided under Why Remaining Discovery Not Completed)**:

1.     On September 16, 2025, Plaintiff filed her Complaint and promptly sent the Complaint our for service.

2.     Because this case is a FTCA matter, it was subject to the General Order 2025-07 of the United States District Court, District of Nevada, In Re: Stay of Civil Proceedings Involving the United States DURING LAPSE OF APPROPRIATIONS. This order delayed responsive pleading deadlines into January 10, 2026.

3.      On January 9,  2026, Defendant filed a Motion to Dismiss for Certain claims. A Response was filed on January 30, 2026. This Motion has not yet been heard.

4.      On February 23, 2026, the parties filed a Stipulated Discovery Plan and Scheduling Order. An Amended Scheduling Order was filed on February 26, 2025, with the Court's requested changes.

5.      On March 2, 2026, Plaintiff served her Initial 26f Disclosures.

6.      On March 3, 2026, Defendant serve their Initial 26f Disclosures.

7.      The parties met and conferred on March 19, 2026 regarding the case and pending discovery.

8.      On March 31, 2026, Plaintiff served Interrogatories, Requests for Admissions, and Requests for Production of Documents to Defendant.

9.      On May 12, 2026, a stipulated protective order was filed.

10.     On May 11, 2026, Defendant served their 1st Supplemental Disclosures. .

11.     On may 14, 2026, Defendants served their 2nd Supplemental Disclosures.

## Discovery Remaining

1.      The parties will continue participating in written discovery. Defendants have not yet responded to Plaintiff's written discovery.

2.      Depositions of the parties.

3.      Expert retention and deposition.

## Why Remaining Discovery Has Not Been Completed

1.      This request for an extension of time is sought for the following reasons, neither of which are merely for delay or any other improper purpose:

2.      That the parties are working to amicably resolve this matter. The parties have been diligently attempting to engage in meaningful settlement negotiations. However, given the nature of the claim and the parties involved, there are layers of approvals that must be addressed in order to discuss potential resolution of the matter. The

parties seek to further elaborate as to the need for additional time. The majority of Plaintiff's treatment is based out of the country in the UK. Because of Plaintiff's location for her medical treatment and records, it has been difficult to obtain a thorough and complete set of records and information as to the costs of such treatment. Further, because the facilities are out of the country, any subpoena process as it related to records and/or expert testimony will require additional attention. The complete records will be necessary for any expert reviews, as well as to coordinate discussions surrounding potential resolution of the claims. Some records have been received to date and are currently being reviewed. Therefore, the parties request the court reconsider this request and allow for the additional time.

3.    Additionally, as written discovery has not yet been answered, it has delayed the necessary depositions in this matter and such discovery is necessary for any expert reviews, as well as to coordinate discussions surrounding potential resolution of the claims.

4.    The pending Motion to Dismiss Certain Claims will have a bearing on the nature and direction of certain discovery and that parties will need to hold off on certain discovery pending that decision.

5.    Additionally, the assigned counsel for Defendants is changing and this additional time will allow the incoming counsel to have sufficient time before the deadlines to apprise themselves of the matter.

6.    Both parties have been working diligently and cooperatively during the pendency of the case.

Accordingly, the parties herein request all discovery deadlines be extended pursuant to the below table and respectfully submit good cause exists for the same.

| Scheduled Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Final date to amend pleadings or add parties | July 9, 2026 | July 9, 2026 |
| Initial Expert Disclosures | August 10, 2026 | October 12, 2026 |
| Rebuttal Expert Disclosures | September 10, 2026 | November 12, 2026 |
| Discovery Cut-Off | October 12, 2026 | December 14, 2026 |

| Final Date for Dispositive Motions | **November 12, 2026** | **January 12, 2027** |
|---|---|---|
| Joint Proposed Pre-Trial Order | **30 days after resolution of dispositive motions** | **30 days after resolution of dispositive motions** |

The parties respectfully request that this Court extend the discovery deadlines as outlined in accordance with the table above.

Respectfully submitted April 6, 2026.

MORGAN & MORGAN

/s/ _Amber N. King_____
AMBER N. KING, ESQ.

*Attorney for Plaintiff*

TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

/s/ Ednin Martinez_____
EDNIN MARTINEZ
Assistant United States Attorney

*Attorney for Federal Defendant*

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** _____

4

 Outlook

---

## RE: *EXT*2:25-cv-01746-APG-NJK Alison Williams v. U.S. // U.S. First Supplement to Disclosure Statement

---

**From** Martinez, Ednin (USANV) <Ednin.Martinez@usdoj.gov>

**Date** Tue 7/28/2026 6:29 PM

**To** Amber King <amber.king@forthepeople.com>; Botros, Tamer (USANV) <Tamer.Botros@usdoj.gov>

**Cc** Pisan, Liam (USANV) <Liam.Pisan@usdoj.gov>; Shannon Vega <shannon.vega@forthepeople.com>

Good evening Amber,

You have my consent to move the deadlines on this matter to allow for continued negotiations.

Thanks!


**Ednin D. Martinez**
**Assistant United States Attorney (Civil Rights)**
**Civil Division**
**United States Attorney's Office, District of Nevada**
501 Las Vegas Blvd. S, Suite 1100 | Las Vegas, NV 89101
Phone: 702-388-6581, Email: Ednin.Martinez@usdoj.gov

---

**From:** Amber King <amber.king@forthepeople.com>
**Sent:** Tuesday, July 28, 2026 1:48 PM
**To:** Martinez, Ednin (USANV) <Ednin.Martinez@usdoj.gov>; Botros, Tamer (USANV) <Tamer.Botros@usdoj.gov>
**Cc:** Pisan, Liam (USANV) <Liam.Pisan@usdoj.gov>; Shannon Vega <shannon.vega@forthepeople.com>
**Subject:** [EXTERNAL] Re: *EXT*2:25-cv-01746-APG-NJK Alison Williams v. U.S. // U.S. First Supplement to Disclosure Statement

Thanks. Since  the handling attorney will be changing, I have attached a proposed SAO to move deadlines. Please advise if we can add your signature.

### Amber King
**Attorney**

**T:** (725) 765-3970
**F:** (689) 256-2262

6725 Via Austi Pkwy, Suite 275,
Las Vegas, NV 89119



$35B+ Recovered • 1,100+ Attorneys • 140+ Offices