**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Alison Williams,
Plaintiff(s),
v.
United States of America,
Defendant(s).

Case No. 2:25-cv-01746-APG-NJK

**ORDER**

The only defense attorney of record is AUSA Ednin Martinez. Plaintiff's counsel now indicates, however, that Martinez has departed the U.S. Attorney's Office. Docket No. 24 at 5. As such, it appears the United States needs to have a new AUSA appear on its behalf. Accordingly, no later than August 26, 2026, the United States must have an AUSA enter a notice of appearance. The Clerk's Office is **INSTRUCTED** to send this order to AUSA Tamer Botros and AUSA Virginia Tomova.

IT IS SO ORDERED.

Dated: August 19, 2026

Nancy J. Koppe
United States Magistrate Judge